LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ E. OROZCO, | Case No. CV12-00646 SVW (DTBx) |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| JPI PARTNERS, LLC, EMPLOYEE TERM LIFE, ACCIDENTAL DEATH AND DISMEMBERMENT AND DEPENDENCE TERM LIFE COVERAGE FOR ALL FULL-TIME EMPLOYEES; JPI PARTNERS, LLC, A TEXAS LIMITED LIABILITY COMPANY; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, A NEW JERSEY CORPORATION; SARIS-REGIS GROUP, A BUSINESS ENTITY; AND DOES 1 THROUGH 10, INCLUSIVE, | Complaint Filed: January 24, 2012 |
| | Judge: Hon. Stephen V. Wilson |
| | J S - 6 |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV12-00646 SVW (DTBx), is dismissed in its entirety as to all defendants, with prejudice.

1

Case No. CV12-00646 SVW (DTBx)
ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE

0.0

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: August 2, 2012

_____
Hon. Stephen V. Wilson
Judge, United States District Court

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

2

Case No. CV12-00646 SVW (DTBx)
ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE